**00–1874. State ex rel. Parma Community Hosp. v. Jankowski.**
Franklin App. No. 99AP–1352. On request for oral argument. Request denied.

**01–1161. State v. Bush.**
Union App. No. 14–2000–44. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Union County.

IT IS ORDERED by the court, *sua sponte,* that this case be set for oral argument on the same date as Supreme Court case Nos. 01–1375 and 01–1480, *State v Northern,* Allen App. No. 1–01–01.

**01–1247. State v. Bush.**
Union App. No. 14–2000–44. This cause is pending before the court as an appeal from the Court of Appeals for Union County.

IT IS ORDERED by the court, *sua sponte,* that this case be set for oral argument on the same date as Supreme Court case Nos. 01–1375 and 01–1480, *State v. Northern,* Allen App. No. 1–01–01.

**01–1375. State v. Northern.**
Allen App. No. 1–01–01. This cause is pending before the court as an appeal from the Court of Appeals for Allen County.

IT IS ORDERED by the court, *sua sponte,* that this case be set for oral argument on the same date as Supreme Court case Nos. 01–1161 and 01–1247, *State v. Bush,* Union App. No. 14–2000–44.

**01–1480. State v. Northern.**
Allen App. No. 1–01–01. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Allen County.

IT IS ORDERED by the court, *sua sponte,* that this case be set for oral argument on the same date as Supreme Court case Nos. 01–1161 and 01–1247, *State v. Bush,* Union App. No. 14–2000–44.

**01–1758. Ferrone v. Medina Cty. Bd. of Revision.**
Board of Tax Appeals, No. 99–V–609. On request for argument before full court. Request denied.

**01–2210. State v. Roca.**
Sandusky App. No. S–01–020. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.
RESNICK, J., not participating.

**01–2222. State v. Morris.**
Franklin App. No. 97APA07–897. On motion for leave to file delayed appeal. Motion denied.

**01–2229. State v. Scruggs.**
Butler App. No. CA2001–05–115. On motion for leave to file delayed appeal. Motion denied.

**01–2246. State v. Beliveau.**
Franklin App. No. 01AP–211. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–2279. State v. Lucas.**
Montgomery App. No. 18644. On motion for leave to file delayed appeal. Motion denied.

**02–11. State ex rel. Howard v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 97AP–860. On motion for stay of court of appeals' judgment. Motion denied.

**02–12. State ex rel. Howard v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 01AP–141. On motion for stay of court of appeals' judgment. Motion denied.

**02–13. State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. On motion for stay of execution of court of appeals' judgment. Motion denied.

**02–78. State v. Cominsky.**
Lake App. No. 2001–L–023. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., and F.E. SWEENEY, J., dissent.